

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G–8
Los Angeles, CA 90012
Tel: (213) 894–3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701–4516
(714) 338–4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328–4450

**KIRY K. GRAY**
Clerk of Court

November 21, 2017

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

Re:  Case Number:  ____2:17–cv–07176–VAP–RAO____
Previously Superior Court Case No. ____3:17–cv–04806____
Case Name: ____IUSO V. SNAP, INC. ET AL____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on ____11/21/17____, the above–referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: _/s/ Benjamin Moss_
    Deputy Clerk
    Benjamin_Moss@cacd.uscourts.gov
    Western Division

*cc: Counsel of record*

─────────────────────────────────────────────────

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

_____        By: _____
Date                               Deputy Clerk

CV–103 (10/15)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)